[No. 34892-2-I.   Division One.   March 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK B. BEAMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07658-1, Norma Smith Huggins, J., entered July 6, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.

[No. 13749-0-III.   Division Three.   March 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL GAITAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01018-0, Heather Van Nuys, J., entered December 21, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

. [No. 13798-8-III.   Division Three.   March 19, 1996.]

ARLENE HELEN SIMMONS ROGERS, *Individually and as Personal Representative*, ET AL., *Appellants*, v. GRANGER SCHOOL DISTRICT 204, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-2-00489-4, Michael W. Leavitt, J., entered December 17, 1993. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 14027-0-III.   Division Three.   March 19, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN M. STEPHENS, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 93-1-00125-2, Fred L. Stewart, J., entered April 29, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.